PEOPLE EX REL. ROWLAND S. VAN SCOY v. TOWNSHIP BOARD
OF ESSEX.

*Adjournment of township board.*

A township board sitting to hear an appeal from the action of a highway commissioner in laying out a road has power to adjourn for any reasonable cause to a specified day.

Certiorari. Submitted and decided April 9.

*H. & H. E. Walbridge* for plaintiff in certiorari.

*A. Stout* for defendant in certiorari. A board that has power to hear and decide questions, has power to adjourn, *Caswell v. Ward*, 2 Doug. (Mich.), 374.

PER CURIAM. The only question here is whether on appeal from the action of a highway commissioner in laying out a road, the town board may adjourn. It was agreed on the proceedings before them that if any adjournment was allowable, it might be to the day named.

We think it beyond doubt that exigencies may arise which will absolutely require such an adjournment, and we can see no reason why it may not be made for sickness of a member or for any other reasonable ground. The possibility of filling vacancies by other members than those present may easily be defeated without some adjournment, as the proper officers may not be within reach the same day. We cannot properly impose any such restrictions on these local bodies as will seriously hamper their usefulness. Here the parties were all present, and the objection is not meritorious.

The proceedings must be affirmed with costs.